IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ACS CONTROLS CORP.,<br><br>Defendant. | No. C 12-02533 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

On August 14, 2012, plaintiffs filed a motion for default judgment. On October 19, 2012, Magistrate Judge Paul Grewal filed a Report and Recommendation recommending that the Court grant plaintiffs' motion for default judgment against ACS Controls Corp. for $18,962.83 consisting of: (1) principal amount of $10,458.63; (2) liquidated damages of $4,961.70; and (3) attorneys' fees of $3,542.50 and costs of $425.00. Defendant did not file an objection to the Report and Recommendation.

The Court has reviewed the Report and Recommendation and the motion, and finds that the analysis is correct and the facts are properly assessed. Accordingly, the Court concludes that default judgment should be entered against defendant for the reasons set forth therein. The Court ADOPTS the Report and Recommendation and GRANTS plaintiffs' motion for default judgment.

**IT IS SO ORDERED.**

Dated: November 16, 2012

SUSAN ILLSTON
United States District Judge