United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE U.A. LOCAL 393 PENSION FUND AND THE U.A. LOCAL HEALTH AND WELFARE TRUST FUND,<br><br>Plaintiffs,<br><br>v.<br><br>ACS CONTROLS CORP.,<br><br>Defendant. | No. C 12-02533 SI<br><br>**JUDGMENT** |

Plaitniffs' motion for entry of default judgment in entered. Judgment in the principal amount of $10,458.63; liquidated damages of $4,961.70; and attorneys' fees of $3,542.50 and costs of $425.00 is entered in favor of plaintiffs and against defendant ACS Controls Corp.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 16, 2012

SUSAN ILLSTON
United States District Judge